U.S. DISTRICT COURT of Middle Florida
OFFICE OF THE CLERK
401 W. Central BLVD #1200 Orlando Florida 32801
AUGUST 8, 2022

Andrew Suh
A petitioner

V.

DEPT OF JUSTICE
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal OR
the law of the state for injury

Tax payer Damage OR no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~$Ten millions dollars~~, I am injured to
Reduce To Five millions dollars
Redress required, For plus Ten Thousand dollars every month living cost, without Tax and citizenship papers. I want visit to Seoul Korea
a claim by Andrew Suh          a pro se required

Reason by no enhancement sentenced, ~~to~~ no unusual punish
no discrimination
                              name: Andrew Suh

an amended, a relief
a forthwith, For a extend

Address: B72067
2600 N. Brinton AVE
Dixon, IL 61021

Date: AUGUST 8, 2022

A notice of Appeal

U.S. DISTRICT COURT For the
~~Central~~ DISTRICT OF ~~California~~ Florida
middle         AUGUST 8, 2022

Andrew Suh
    A Petitioner                                A notice of appeal

    V.

Dept of Justice                                 Docket no.
    Respondent

a writ of certiorari            notice:    a party: Andrew Suh
a use
an equitable ownership                      Date:
an appropriated
an immediately
a within Ten days               name: Andrew Suh
The last day For Filing
~~double cost~~                 Address: B72067
Continue. Primary,                       2600 N, Brinton AVE
    Facts, parties, condon               Dixon, IL 61021

        Date: August 8, 2022.
at least Three-Fourth of
a Rehearing, a Relief, a granted, un amended, an admitted, a conclusion
a petition For a writ of certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22. again notice; a Reversal, one, only one
a Jurisdiction to supreme court, a decision, one consider, one Final if
more than End of July, 2022 Than. Plus charged double cost all of...
For Time To Time shall be vested, ordain, establish. courts. congress. know it
I will conduct myself, I will support the Constitution of the United state.
                                      Since: 1993-2022, D.O.B. 1940